NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JAMES RICHARD, SR., (PERSONAL REPRESENTATIVE OF THE ESTATE OF CALONNIE D. RANDALL, DECEASED), AND JON WHIRLWIND HORSE, (PERSONAL REPRESENTATIVE OF THE ESTATE OF ROBERT J. WHIRLWIND HORSE, DECEASED)**
*Plaintiffs-Appellants,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2011-5083

---

Appeal from the United States Court of Federal Claims in case no. 10-CV-503, Judge Margaret M. Sweeney.

---

**ON MOTION**

---

**O R D E R**

The United States moves for a 30-day extension of time, until September 6, 2011, to file its principal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.  No further extensions should be anticipated.

FOR THE COURT

AUG 0 5 2011
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  James D. Leach, Esq.
    J. Hunter Bennett, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 0 5 2011

JAN HORBALY
CLERK